UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

LASAUN CONEY

Criminal No. 23-219 (CPO)

ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Elisa T. Wiygul, Assistant U.S. Attorney, appearing), and defendant Lasaun Coney (Lori M. Koch, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1), not including time that has been excluded from computation pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*; and one prior continuance having been entered; and the defendant having consented to such continuance and having waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.  The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

2. The parties have entered into plea negotiations, which may render a trial unnecessary;

3. The Court has set a schedule for pretrial motions under which motions would be fully briefed as of July 14, 2023;

4. The defendant has consented to the aforementioned continuance;

5. The grant of a continuance will likely conserve judicial resources; and

6. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this  22nd  day of May, 2023,

ORDERED that this action be, and hereby is, continued from the date this Order is signed through July 31, 2023; and it is further

ORDERED that the period from the date this Order is signed through July 31, 2023, be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Christine P. O'Hearn
United States District Judge

Consented to as to form and entry:

_____
Elisa T. Wiygul
Assistant U.S. Attorney

_____
Lori M. Koch, Esq.
Counsel for Defendant Lasaun Coney